# APPENDIX A

| Security | ISIN | Date | Quantity | Price |
|---|---|---|---|---|
| **SKAGEN GLOBAL III VERDIPAPIRFOND** | | | | |
| ADR Preferred Shares | US71654V1017 | 10/5/2010 | 1,906 | $32.37 |
| ADR Preferred Shares | US71654V1017 | 10/6/2010 | 7,000 | $31.57 |
| ADR Preferred Shares | US71654V1017 | 10/7/2010 | 3,675 | $30.33 |
| ADR Preferred Shares | US71654V1017 | 10/8/2010 | 3,808 | $30.78 |
| ADR Preferred Shares | US71654V1017 | 9/29/2010 | 5,000 | $32.29 |
| ADR Preferred Shares | US71654V1017 | 10/11/2010 | 2,181 | $31.52 |
| ADR Preferred Shares | US71654V1017 | 10/12/2010 | 1,350 | $31.21 |
| ADR Preferred Shares | US71654V1017 | 10/14/2010 | 1,525 | $31.61 |
| ADR Preferred Shares | US71654V1017 | 10/21/2010 | 2,960 | $29.03 |
| ADR Preferred Shares | US71654V1017 | 11/16/2010 | 2,030 | $29.53 |
| ADR Preferred Shares | US71654V1017 | 11/17/2010 | 2,500 | $29.81 |
| ADR Preferred Shares | US71654V1017 | 11/19/2010 | 180 | $30.05 |
| ADR Preferred Shares | US71654V1017 | 11/22/2010 | 1,981 | $29.71 |
| ADR Preferred Shares | US71654V1017 | 11/23/2010 | 3,150 | $29.00 |
| ADR Preferred Shares | US71654V1017 | 11/26/2010 | 751 | $29.10 |
| ADR Preferred Shares | US71654V1017 | 2/16/2011 | 1,000 | $33.07 |
| ADR Preferred Shares | US71654V1017 | 5/6/2011 | 1,000 | $30.45 |
| ADR Preferred Shares | US71654V1017 | 5/12/2011 | 926 | $29.55 |
| ADR Preferred Shares | US71654V1017 | 5/13/2011 | 2,400 | $29.23 |
| ADR Preferred Shares | US71654V1017 | 5/23/2011 | 128 | $29.38 |
| ADR Preferred Shares | US71654V1017 | 8/18/2011 | 1,500 | $25.03 |
| ADR Preferred Shares | US71654V1017 | 11/25/2011 | 500 | $23.17 |
| ADR Preferred Shares | US71654V1017 | 11/14/2012 | 1,500 | $19.35 |
| ADR Preferred Shares | US71654V1017 | 6/21/2013 | 2,000 | $14.75 |
| ADR Preferred Shares | US71654V1017 | 7/5/2013 | 2,400 | $13.46 |
| ADR Preferred Shares | US71654V1017 | 1/14/2014 | 1,030 | $13.36 |
| ADR Preferred Shares | US71654V1017 | 1/21/2014 | 1,950 | $13.07 |
| ADR Preferred Shares | US71654V1017 | 11/17/2014 | 3,200 | $10.19 |
| ADR Preferred Shares | US71654V1017 | 12/1/2014 | 8,300 | $9.62 |
| ADR Preferred Shares | US71654V1017 | 12/3/2014 | 1,000 | $9.67 |
| ADR Preferred Shares | US71654V1017 | 12/9/2014 | 4,500 | $8.45 |
| ADR Preferred Shares | US71654V1017 | 12/12/2014 | 1,000 | $7.75 |
| ADR Preferred Shares | US71654V1017 | 12/22/2014 | 2,200 | $7.52 |
| ADR Preferred Shares | US71654V1017 | 1/20/2015 | 2,800 | $7.35 |
| **SKAGEN GLOBAL III VERDIPAPIRFOND** | | | | |
| ADR Common Shares | US71654V4086 | 10/2/2014 | 930 | $13.42 |
| **SKAGEN GLOBAL II VERDIPAPIRFOND** | | | | |
| ADR Preferred Shares | US71654V1017 | 9/29/2010 | 135,000 | $32.29 |

| | | | | |
|---|---|---|---|---|
| ADR Preferred Shares | US71654V1017 | 10/5/2010 | 44,935 | $32.37 |
| ADR Preferred Shares | US71654V1017 | 10/6/2010 | 182,981 | $31.57 |
| ADR Preferred Shares | US71654V1017 | 10/7/2010 | 100,450 | $30.33 |
| ADR Preferred Shares | US71654V1017 | 10/8/2010 | 99,380 | $30.78 |
| ADR Preferred Shares | US71654V1017 | 10/11/2010 | 56,630 | $31.52 |
| ADR Preferred Shares | US71654V1017 | 10/12/2010 | 39,800 | $31.21 |
| ADR Preferred Shares | US71654V1017 | 10/14/2010 | 34,770 | $31.61 |
| ADR Preferred Shares | US71654V1017 | 10/21/2010 | 79,920 | $29.03 |
| ADR Preferred Shares | US71654V1017 | 11/16/2010 | 56,840 | $29.53 |
| ADR Preferred Shares | US71654V1017 | 11/17/2010 | 54,500 | $29.81 |
| ADR Preferred Shares | US71654V1017 | 11/19/2010 | 4,950 | $30.05 |
| ADR Preferred Shares | US71654V1017 | 11/22/2010 | 54,478 | $29.71 |
| ADR Preferred Shares | US71654V1017 | 11/23/2010 | 82,350 | $29.00 |
| ADR Preferred Shares | US71654V1017 | 11/26/2010 | 17,603 | $29.10 |
| ADR Preferred Shares | US71654V1017 | 2/16/2011 | 27,000 | $33.07 |
| ADR Preferred Shares | US71654V1017 | 5/6/2011 | 14,000 | $30.45 |
| ADR Preferred Shares | US71654V1017 | 5/12/2011 | 23,613 | $29.55 |
| ADR Preferred Shares | US71654V1017 | 5/13/2011 | 48,000 | $29.23 |
| ADR Preferred Shares | US71654V1017 | 5/23/2011 | 29,764 | $29.38 |
| ADR Preferred Shares | US71654V1017 | 11/25/2011 | 27,500 | $23.17 |
| ADR Preferred Shares | US71654V1017 | 2/2/2012 | 25,000 | $29.03 |
| ADR Preferred Shares | US71654V1017 | 3/27/2012 | 7,500 | $26.56 |
| ADR Preferred Shares | US71654V1017 | 4/17/2012 | 20,000 | $23.39 |
| ADR Preferred Shares | US71654V1017 | 4/23/2012 | 15,000 | $22.57 |
| ADR Preferred Shares | US71654V1017 | 5/7/2012 | 10,000 | $21.34 |
| ADR Preferred Shares | US71654V1017 | 11/8/2012 | 48,000 | $20.45 |
| ADR Preferred Shares | US71654V1017 | 11/19/2012 | 14,700 | $18.88 |
| ADR Preferred Shares | US71654V1017 | 6/21/2013 | 63,000 | $14.75 |
| ADR Preferred Shares | US71654V1017 | 7/5/2013 | 75,000 | $13.46 |
| ADR Preferred Shares | US71654V1017 | 1/14/2014 | 43,945 | $13.36 |
| ADR Preferred Shares | US71654V1017 | 1/21/2014 | 72,300 | $13.07 |
| ADR Preferred Shares | US71654V1017 | 11/28/2014 | 25,000 | $10.34 |
| ADR Preferred Shares | US71654V1017 | 12/1/2014 | 240,000 | $9.62 |
| ADR Preferred Shares | US71654V1017 | 12/9/2014 | 125,000 | $8.45 |
| ADR Preferred Shares | US71654V1017 | 12/12/2014 | 35,000 | $7.75 |
| ADR Preferred Shares | US71654V1017 | 12/22/2014 | 13,000 | $7.52 |

**SKAGEN GLOBAL II VERDIPAPIRFOND**

| | | | | |
|---|---|---|---|---|
| ADR Common Shares | US71654V4086 | 10/2/2014 | 24,180 | $13.42 |

**KTV01 - SKAGEN KON-TIKI VERDIPAPIRFOND**

| | | | | |
|---|---|---|---|---|
| ADR Preferred Shares | US71654V1017 | 4/23/2010 | 94,900 | $38.62 |
| ADR Preferred Shares | US71654V1017 | 4/27/2010 | 45,000 | $37.42 |

| | | | | |
|---|---|---|---|---|
| ADR Preferred Shares | US71654V1017 | 7/13/2010 | 64,000 | $31.22 |
| ADR Preferred Shares | US71654V1017 | 10/5/2010 | 146,500 | $32.57 |
| ADR Preferred Shares | US71654V1017 | 10/6/2010 | 605,000 | $31.78 |
| ADR Preferred Shares | US71654V1017 | 10/6/2010 | 634,600 | $31.24 |
| ADR Preferred Shares | US71654V1017 | 10/7/2010 | 300,000 | $30.25 |
| ADR Preferred Shares | US71654V1017 | 10/13/2010 | 127,400 | $31.51 |
| ADR Preferred Shares | US71654V1017 | 10/19/2010 | 210,000 | $30.76 |
| ADR Preferred Shares | US71654V1017 | 10/29/2010 | 400,000 | $31.46 |
| ADR Preferred Shares | US71654V1017 | 11/1/2010 | 300,000 | $31.47 |
| ADR Preferred Shares | US71654V1017 | 11/5/2010 | 209,100 | $33.05 |
| ADR Preferred Shares | US71654V1017 | 11/10/2010 | 272,600 | $31.37 |
| ADR Preferred Shares | US71654V1017 | 12/1/2010 | 250,000 | $29.91 |
| ADR Preferred Shares | US71654V1017 | 12/7/2010 | 200,000 | $31.06 |
| ADR Preferred Shares | US71654V1017 | 12/20/2010 | 200,000 | $30.91 |
| ADR Preferred Shares | US71654V1017 | 4/28/2011 | 200,000 | $32.70 |
| ADR Preferred Shares | US71654V1017 | 7/18/2011 | 206,045 | $29.11 |
| ADR Preferred Shares | US71654V1017 | 7/19/2011 | 239,869 | $29.40 |
| ADR Preferred Shares | US71654V1017 | 7/19/2011 | 300 | $29.40 |
| ADR Preferred Shares | US71654V1017 | 7/20/2011 | 450,000 | $29.21 |
| ADR Preferred Shares | US71654V1017 | 7/30/2012 | 100,800 | $19.56 |
| ADR Preferred Shares | US71654V1017 | 7/31/2012 | 100,000 | $19.10 |
| ADR Preferred Shares | US71654V1017 | 1/14/2015 | 2,000,000 | $6.93 |
| ADR Preferred Shares | US71654V1017 | 1/15/2015 | 463,934 | $6.96 |

**SGV01 - SKAGEN GLOBAL VERDIPAPIRFOND**

| | | | | |
|---|---|---|---|---|
| ADR Preferred Shares | US71654V1017 | 9/29/2010 | 360,000 | $32.29 |
| ADR Preferred Shares | US71654V1017 | 10/5/2010 | 116,559 | $32.37 |
| ADR Preferred Shares | US71654V1017 | 10/6/2010 | 476,619 | $31.57 |
| ADR Preferred Shares | US71654V1017 | 10/7/2010 | 263,375 | $30.33 |
| ADR Preferred Shares | US71654V1017 | 10/8/2010 | 259,512 | $30.78 |
| ADR Preferred Shares | US71654V1017 | 10/11/2010 | 135,224 | $31.52 |
| ADR Preferred Shares | US71654V1017 | 10/12/2010 | 101,000 | $31.21 |
| ADR Preferred Shares | US71654V1017 | 10/14/2010 | 85,705 | $31.61 |
| ADR Preferred Shares | US71654V1017 | 10/21/2010 | 213,120 | $29.03 |
| ADR Preferred Shares | US71654V1017 | 11/16/2010 | 144,130 | $29.53 |
| ADR Preferred Shares | US71654V1017 | 11/17/2010 | 143,000 | $29.81 |
| ADR Preferred Shares | US71654V1017 | 11/19/2010 | 12,870 | $30.05 |
| ADR Preferred Shares | US71654V1017 | 11/22/2010 | 141,644 | $29.71 |
| ADR Preferred Shares | US71654V1017 | 11/23/2010 | 214,500 | $29.00 |
| ADR Preferred Shares | US71654V1017 | 11/26/2010 | 46,046 | $29.10 |
| ADR Preferred Shares | US71654V1017 | 2/16/2011 | 50,000 | $33.06 |
| ADR Preferred Shares | US71654V1017 | 2/16/2011 | 72,000 | $33.07 |
| ADR Preferred Shares | US71654V1017 | 3/8/2011 | 43,300 | $34.99 |
| ADR Preferred Shares | US71654V1017 | 3/10/2011 | 50,000 | $34.52 |

| | | | | |
|---|---|---|---|---|
| ADR Preferred Shares | US71654V1017 | 5/6/2011 | 85,000 | $30.45 |
| ADR Preferred Shares | US71654V1017 | 5/12/2011 | 68,061 | $29.55 |
| ADR Preferred Shares | US71654V1017 | 5/13/2011 | 149,600 | $29.23 |
| ADR Preferred Shares | US71654V1017 | 5/23/2011 | 82,908 | $29.38 |
| ADR Preferred Shares | US71654V1017 | 6/14/2011 | 75,000 | $30.29 |
| ADR Preferred Shares | US71654V1017 | 6/16/2011 | 7,300 | $29.60 |
| ADR Preferred Shares | US71654V1017 | 11/14/2012 | 64,500 | $19.35 |
| ADR Preferred Shares | US71654V1017 | 6/21/2013 | 185,000 | $14.75 |
| ADR Preferred Shares | US71654V1017 | 7/5/2013 | 222,600 | $13.46 |
| ADR Preferred Shares | US71654V1017 | 1/14/2014 | 142,025 | $13.36 |
| ADR Preferred Shares | US71654V1017 | 1/21/2014 | 225,750 | $13.07 |
| ADR Preferred Shares | US71654V1017 | 12/1/2014 | 751,700 | $9.62 |
| ADR Preferred Shares | US71654V1017 | 12/9/2014 | 370,500 | $8.45 |

**SGV01 - SKAGEN GLOBAL VERDIPAPIRFOND**

| | | | | |
|---|---|---|---|---|
| ADR Common Shares | US71654V4086 | 10/2/2014 | 67,890 | $13.42 |

**SKV01 - SKAGEN VEKST VERDIPAPIRFOND**

| | | | | |
|---|---|---|---|---|
| ADR Preferred Shares | US71654V1017 | 9/27/2010 | 900 | $30.78 |
| ADR Preferred Shares | US71654V1017 | 9/28/2010 | 100,000 | $31.52 |
| ADR Preferred Shares | US71654V1017 | 10/4/2010 | 70,915 | $32.73 |
| ADR Preferred Shares | US71654V1017 | 10/5/2010 | 50,000 | $32.97 |
| ADR Preferred Shares | US71654V1017 | 10/6/2010 | 50,000 | $31.24 |
| ADR Preferred Shares | US71654V1017 | 10/22/2010 | 22,000 | $28.78 |
| ADR Preferred Shares | US71654V1017 | 11/12/2010 | 50,000 | $30.76 |
| ADR Preferred Shares | US71654V1017 | 12/28/2010 | 25,000 | $31.91 |
| ADR Preferred Shares | US71654V1017 | 1/7/2011 | 64,381 | $32.45 |
| ADR Preferred Shares | US71654V1017 | 1/10/2011 | 600 | $32.14 |
| ADR Preferred Shares | US71654V1017 | 1/10/2011 | 35,619 | $32.34 |
| ADR Preferred Shares | US71654V1017 | 7/25/2011 | 23,750 | $31.01 |
| ADR Preferred Shares | US71654V1017 | 7/28/2011 | 23,000 | $30.70 |
| ADR Preferred Shares | US71654V1017 | 8/4/2011 | 10,000 | $27.31 |
| ADR Preferred Shares | US71654V1017 | 7/24/2012 | 54,100 | $18.41 |
| ADR Preferred Shares | US71654V1017 | 7/25/2012 | 80,000 | $18.49 |
| ADR Preferred Shares | US71654V1017 | 7/27/2012 | 50,000 | $19.37 |
| ADR Preferred Shares | US71654V1017 | 7/31/2012 | 125,000 | $19.27 |