# APPENDIX B

| Security | ISIN | Date | Quantity | Price |
|---|---|---|---|---|
| **Investeringsforeningen Danske Invest Latinamerika - Akkumulerende KL** | | | | |
| ADR Preferred Shares | US71654V1017 | 8/25/2011 | 18,200 | $25.23 |
| ADR Preferred Shares | US71654V1017 | 10/7/2011 | 18,000 | $21.46 |
| ADR Preferred Shares | US71654V1017 | 10/12/2011 | 1,000 | $22.73 |
| ADR Preferred Shares | US71654V1017 | 10/20/2011 | 1,000 | $21.42 |
| ADR Preferred Shares | US71654V1017 | 1/3/2012 | 1,000 | $24.21 |
| ADR Preferred Shares | US71654V1017 | 2/17/2012 | 3,000 | $27.93 |
| ADR Preferred Shares | US71654V1017 | 3/13/2012 | 3,000 | $26.20 |
| ADR Preferred Shares | US71654V1017 | 4/12/2012 | 4,000 | $23.96 |
| ADR Preferred Shares | US71654V1017 | 5/31/2012 | 2,365 | $18.32 |
| ADR Preferred Shares | US71654V1017 | 6/1/2012 | 1,635 | $18.60 |
| ADR Preferred Shares | US71654V1017 | 11/28/2012 | 3,421 | $17.84 |
| ADR Preferred Shares | US71654V1017 | 11/29/2012 | 1,579 | $18.05 |
| ADR Preferred Shares | US71654V1017 | 12/13/2012 | 30,000 | $18.89 |
| ADR Preferred Shares | US71654V1017 | 1/8/2013 | 1,000 | $19.12 |
| ADR Preferred Shares | US71654V1017 | 1/14/2013 | 1,000 | $19.71 |
| ADR Preferred Shares | US71654V1017 | 11/11/2013 | 6,500 | $17.19 |
| **Investeringsforeningen Danske Invest Nye Markeder** | | | | |
| ADR Preferred Shares | US71654V1017 | 3/25/2010 | 18,000 | $39.83 |
| ADR Preferred Shares | US71654V1017 | 4/19/2010 | 78,000 | $37.50 |
| ADR Preferred Shares | US71654V1017 | 7/15/2010 | 31,000 | $30.69 |
| ADR Preferred Shares | US71654V1017 | 9/24/2010 | 70,259 | $30.59 |
| ADR Preferred Shares | US71654V1017 | 9/24/2010 | 17,741 | $31.16 |
| ADR Preferred Shares | US71654V1017 | 10/15/2010 | 66,000 | $32.15 |
| ADR Preferred Shares | US71654V1017 | 1/4/2011 | 45,000 | $32.62 |
| ADR Preferred Shares | US71654V1017 | 5/2/2012 | 115,022 | $22.70 |
| ADR Preferred Shares | US71654V1017 | 5/3/2012 | 61,978 | $22.44 |
| ADR Preferred Shares | US71654V1017 | 7/5/2012 | 43,534 | $19.23 |
| ADR Preferred Shares | US71654V1017 | 7/6/2012 | 47,114 | $18.87 |
| ADR Preferred Shares | US71654V1017 | 7/9/2012 | 13,352 | $18.48 |
| ADR Preferred Shares | US71654V1017 | 11/9/2012 | 117,000 | $20.35 |
| ADR Preferred Shares | US71654V1017 | 11/28/2012 | 58,840 | $17.84 |
| ADR Preferred Shares | US71654V1017 | 11/29/2012 | 27,160 | $18.05 |
| **Investerignsforeningen Danske Invest Nye Markeder - Akkumulerende KL** | | | | |
| ADR Preferred Shares | US71654V1017 | 4/14/2010 | 5,000 | $39.30 |
| ADR Preferred Shares | US71654V1017 | 5/21/2010 | 8,000 | $29.56 |
| ADR Preferred Shares | US71654V1017 | 5/27/2010 | 8,000 | $30.42 |
| ADR Preferred Shares | US71654V1017 | 9/24/2010 | 23,154 | $30.59 |

| Security | CUSIP | Date | Shares | Price |
|---|---|---|---|---|
| ADR Preferred Shares | US71654V1017 | 9/24/2010 | 5,846 | $31.16 |
| ADR Preferred Shares | US71654V1017 | 11/4/2010 | 14,000 | $32.91 |
| ADR Preferred Shares | US71654V1017 | 11/19/2010 | 5,000 | $30.21 |
| ADR Preferred Shares | US71654V1017 | 11/30/2010 | 12,000 | $29.02 |
| ADR Preferred Shares | US71654V1017 | 5/9/2011 | 17,000 | $30.71 |
| ADR Preferred Shares | US71654V1017 | 11/1/2011 | 12,000 | $24.09 |
| ADR Preferred Shares | US71654V1017 | 3/15/2012 | 15,000 | $27.41 |
| ADR Preferred Shares | US71654V1017 | 4/10/2012 | 22,000 | $23.22 |
| ADR Preferred Shares | US71654V1017 | 4/18/2012 | 10,000 | $23.03 |
| ADR Preferred Shares | US71654V1017 | 4/23/2012 | 34,000 | $22.42 |
| ADR Preferred Shares | US71654V1017 | 5/8/2012 | 15,000 | $20.80 |
| ADR Preferred Shares | US71654V1017 | 6/13/2012 | 18,000 | $18.04 |
| ADR Preferred Shares | US71654V1017 | 7/5/2012 | 3,767 | $19.23 |
| ADR Preferred Shares | US71654V1017 | 7/6/2012 | 4,078 | $18.87 |
| ADR Preferred Shares | US71654V1017 | 7/9/2012 | 1,155 | $18.48 |
| ADR Preferred Shares | US71654V1017 | 10/25/2012 | 9,000 | $21.56 |
| ADR Preferred Shares | US71654V1017 | 11/9/2012 | 27,000 | $20.35 |
| ADR Preferred Shares | US71654V1017 | 11/28/2012 | 15,052 | $17.84 |
| ADR Preferred Shares | US71654V1017 | 11/29/2012 | 6,948 | $18.05 |
| ADR Preferred Shares | US71654V1017 | 1/10/2013 | 20,000 | $19.36 |

**Investeringsforeningen Danske Invest Emerging Markets**

| Security | CUSIP | Date | Shares | Price |
|---|---|---|---|---|
| ADR Preferred Shares | US71654V1017 | 5/6/2010 | 138,000 | $33.86 |
| ADR Preferred Shares | US71654V1017 | 5/10/2010 | 39,000 | $34.13 |
| ADR Preferred Shares | US71654V1017 | 5/27/2010 | 114,000 | $30.42 |
| ADR Preferred Shares | US71654V1017 | 7/7/2010 | 50,000 | $30.85 |
| ADR Preferred Shares | US71654V1017 | 9/24/2010 | 33,533 | $30.59 |
| ADR Preferred Shares | US71654V1017 | 9/24/2010 | 8,467 | $31.16 |
| ADR Preferred Shares | US71654V1017 | 11/8/2010 | 48,000 | $32.67 |
| ADR Preferred Shares | US71654V1017 | 11/12/2010 | 85,000 | $31.22 |
| ADR Preferred Shares | US71654V1017 | 4/1/2011 | 45,000 | $36.05 |
| ADR Preferred Shares | US71654V1017 | 5/6/2011 | 140,000 | $30.88 |
| ADR Preferred Shares | US71654V1017 | 6/24/2011 | 72,000 | $29.04 |
| ADR Preferred Shares | US71654V1017 | 10/17/2011 | 42,000 | $22.62 |
| ADR Preferred Shares | US71654V1017 | 10/27/2011 | 2,000 | $24.25 |
| ADR Preferred Shares | US71654V1017 | 11/1/2011 | 201,000 | $24.09 |
| ADR Preferred Shares | US71654V1017 | 3/26/2012 | 95,000 | $26.52 |
| ADR Preferred Shares | US71654V1017 | 5/15/2012 | 204,000 | $19.15 |
| ADR Preferred Shares | US71654V1017 | 6/18/2012 | 85,000 | $18.07 |
| ADR Preferred Shares | US71654V1017 | 7/5/2012 | 23,860 | $19.23 |
| ADR Preferred Shares | US71654V1017 | 7/6/2012 | 25,822 | $18.87 |
| ADR Preferred Shares | US71654V1017 | 7/9/2012 | 7,318 | $18.48 |
| ADR Preferred Shares | US71654V1017 | 11/1/2012 | 162,000 | $20.53 |

| | | | | |
|---|---|---|---|---|
| ADR Preferred Shares | US71654V1017 | 11/6/2012 | 115,000 | $21.14 |
| ADR Preferred Shares | US71654V1017 | 11/28/2012 | 101,259 | $17.84 |
| ADR Preferred Shares | US71654V1017 | 11/29/2012 | 46,741 | $18.05 |
| ADR Preferred Shares | US71654V1017 | 1/7/2013 | 136,000 | $19.84 |

**Kapitalforeningen Danske Invest Institutional Afdeling 19**

| | | | | |
|---|---|---|---|---|
| ADR Preferred Shares | US71654V1017 | 4/14/2010 | 20,000 | $39.30 |
| ADR Preferred Shares | US71654V1017 | 5/27/2010 | 42,000 | $30.42 |
| ADR Preferred Shares | US71654V1017 | 9/9/2010 | 37,000 | $31.77 |
| ADR Preferred Shares | US71654V1017 | 9/24/2010 | 17,337 | $31.16 |
| ADR Preferred Shares | US71654V1017 | 9/24/2010 | 68,663 | $30.59 |
| ADR Preferred Shares | US71654V1017 | 5/21/2012 | 166,000 | $19.18 |
| ADR Preferred Shares | US71654V1017 | 7/5/2012 | 17,581 | $19.23 |
| ADR Preferred Shares | US71654V1017 | 7/6/2012 | 19,027 | $18.87 |
| ADR Preferred Shares | US71654V1017 | 7/9/2012 | 5,392 | $18.48 |
| ADR Preferred Shares | US71654V1017 | 11/26/2012 | 223,000 | $18.03 |

**Kapitalforeningen Danske Invest Institutional Afdeling Global Equity Portfolio - BlackRock**

| | | | | |
|---|---|---|---|---|
| ADR Preferred Shares | US71654V1017 | 11/16/2010 | 33,000 | $30.14 |
| ADR Preferred Shares | US71654V1017 | 12/16/2010 | 1,328 | $30.36 |
| ADR Preferred Shares | US71654V1017 | 1/19/2011 | 27,000 | $33.45 |

**Kapitalforeningen Danske Invest Institutional Afdeling TryghedsGruppen Aktier**

| | | | | |
|---|---|---|---|---|
| ADR Preferred Shares | US71654V1017 | 12/12/2011 | 24,992 | $24.67 |
| ADR Preferred Shares | US71654V1017 | 12/12/2011 | 1,305 | $24.67 |
| ADR Preferred Shares | US71654V1017 | 3/20/2012 | 1,715 | $26.58 |
| ADR Preferred Shares | US71654V1017 | 6/18/2012 | 1,021 | $18.08 |
| ADR Preferred Shares | US71654V1017 | 12/5/2012 | 1,912 | $18.03 |

**Kapitalforeningen Danske Invest Institutional Afdeling 7**

| | | | | |
|---|---|---|---|---|
| ADR Preferred Shares | US71654V1017 | 12/14/2010 | 12,653 | $31.10 |
| ADR Preferred Shares | US71654V1017 | 2/22/2011 | 1,553 | $33.93 |
| ADR Preferred Shares | US71654V1017 | 2/25/2011 | 491 | $34.90 |
| ADR Preferred Shares | US71654V1017 | 3/20/2012 | 360 | $26.45 |
| ADR Preferred Shares | US71654V1017 | 4/3/2012 | 3,077 | $25.10 |
| ADR Preferred Shares | US71654V1017 | 4/18/2012 | 2,039 | $22.86 |

**Kapitalforeningen Danske Invest Institutional Afdeling 7**

| | | | | |
|---|---|---|---|---|
| ADR Common Shares | US71654V4086 | 12/14/2010 | 5,415 | 34.0700 |

**Kapitalforeningen Danske Invest Institutional Afdeling PKA Globale Aktier**

| | | | | |
|---|---|---|---|---|
| ADR Common Shares | US71654V4086 | 9/1/2010 | 112,717 | $34.81 |
| ADR Common Shares | US71654V4086 | 12/21/2010 | 18,862 | $34.02 |
| ADR Common Shares | US71654V4086 | 8/9/2011 | 49,668 | $26.70 |
| ADR Common Shares | US71654V4086 | 8/15/2011 | 43,519 | $28.96 |
| ADR Common Shares | US71654V4086 | 9/23/2011 | 23,685 | $23.28 |
| ADR Common Shares | US71654V4086 | 1/18/2013 | 27,360 | $19.74 |
| ADR Common Shares | US71654V4086 | 1/28/2013 | 27,400 | $19.80 |

**Kapitalforeningen Danske Invest Institutional Afdeling TryghedsGruppen Aktier**

| | | | | |
|---|---|---|---|---|
| ADR Common Shares | US71654V4086 | 2/29/2012 | 56,500 | $30.19 |
| ADR Common Shares | US71654V4086 | 3/20/2012 | 14,500 | $27.22 |
| ADR Common Shares | US71654V4086 | 7/27/2012 | 14,400 | $20.07 |
| ADR Common Shares | US71654V4086 | 7/27/2012 | 5,000 | $20.47 |
| ADR Common Shares | US71654V4086 | 7/27/2012 | 1,800 | $20.40 |
| ADR Common Shares | US71654V4086 | 9/12/2012 | 12,100 | $22.62 |
| ADR Common Shares | US71654V4086 | 1/24/2013 | 2,100 | $19.58 |
| ADR Common Shares | US71654V4086 | 11/14/2014 | 53,500 | $9.64 |

**Kapitalforeningen Danske Invest Institutional Afdeling Global Equity Portfolio - BlackRock**

| | | | | |
|---|---|---|---|---|
| ADR Common Shares | US71654V4086 | 3/28/2014 | 41,371 | $12.95 |
| ADR Common Shares | US71654V4086 | 3/31/2014 | 15,102 | $13.18 |
| ADR Common Shares | US71654V4086 | 4/3/2014 | 11,328 | $12.96 |
| ADR Common Shares | US71654V4086 | 4/7/2014 | 15,305 | $13.79 |
| ADR Common Shares | US71654V4086 | 5/9/2014 | 16,631 | $15.16 |
| ADR Common Shares | US71654V4086 | 5/15/2014 | 10,973 | $15.46 |
| ADR Common Shares | US71654V4086 | 6/6/2014 | 17,075 | $14.46 |
| ADR Common Shares | US71654V4086 | 8/26/2014 | 13,922 | $18.36 |
| ADR Common Shares | US71654V4086 | 10/6/2014 | 21,592 | $16.03 |
| ADR Common Shares | US71654V4086 | 10/7/2014 | 20,880 | $16.80 |
| ADR Common Shares | US71654V4086 | 10/13/2014 | 10,732 | $16.92 |

**DI Nye Markeder Obl.**

| | | | | |
|---|---|---|---|---|
| 7.25 PETROBRAS GLOBAL FINANCE 17/3-2014/2044 | | US71647NAK54 | 3/10/2014 | 3,100,000 | $99.17 |

**DI Nye Markeder Obl. - Akk KL**

| | | | | |
|---|---|---|---|---|
| 7.25 PETROBRAS GLOBAL FINANCE 17/3-2014/2044 | US71647NAK54 | 3/10/2014 | 1,300,000 | $99.17 |

**SELE Flexinvest Udenlandske Obl**

| | | | | |
|---|---|---|---|---|
| 7.25 PETROBRAS GLOBAL FINANCE 17/3-2014/2044 | US71647NAK54 | 3/10/2014 | 600,000 | $99.17 |

**DI Nye Markeder Obl.**

| | | | | |
|---|---|---|---|---|
| 6.25 PETROBRAS GLOBAL FINANCE 17/3-2014/2024 | US71647NAM11 | 3/10/2014 | 6,000,000 | $99.77 |
| 6.25 PETROBRAS GLOBAL FINANCE 17/3-2014/2024 | US71647NAM11 | 3/12/2014 | 5,000,000 | $100.51 |

**DI Nye Markeder Obl. - Akk KL**

| | | | | |
|---|---|---|---|---|
| 6.25 PETROBRAS GLOBAL FINANCE 17/3-2014/2024 | US71647NAM11 | 3/10/2014 | 2,700,000 | $99.77 |
| 6.25 PETROBRAS GLOBAL FINANCE 17/3-2014/2024 | US71647NAM11 | 3/12/2014 | 2,500,000 | $100.51 |
| 6.25 PETROBRAS GLOBAL FINANCE 17/3-2014/2024 | US71647NAM11 | 4/8/2014 | 2,000,000 | $103.53 |
| 6.25 PETROBRAS GLOBAL FINANCE 17/3-2014/2024 | US71647NAM11 | 7/25/2014 | 500,000 | $107.17 |

**SELE Flexinvest Udenlandske Obl**

| | | | | |
|---|---|---|---|---|
| 6.25 PETROBRAS GLOBAL FINANCE 17/3-2014/2024 | US71647NAM11 | 3/10/2014 | 1,300,000 | $99.77 |
| 6.25 PETROBRAS GLOBAL FINANCE 17/3-2014/2024 | US71647NAM11 | 3/12/2014 | 2,500,000 | $100.51 |
| 6.25 PETROBRAS GLOBAL FINANCE 17/3-2014/2024 | US71647NAM11 | 3/21/2014 | 3,000,000 | $101.40 |
| 6.25 PETROBRAS GLOBAL FINANCE 17/3-2014/2024 | US71647NAM11 | 3/21/2014 | 2,000,000 | $101.31 |