# APPENDIX C

| Security | ISIN | Date | Quantity | Price |
|---|---|---|---|---|
| **Danske Invest - Global Emerging Markets** | | | | |
| ADR Preferred Shares | US71654V1017 | 3/24/2010 | 11,000 | $40.69 |
| ADR Preferred Shares | US71654V1017 | 4/9/2010 | 18,000 | $40.46 |
| ADR Preferred Shares | US71654V1017 | 4/13/2010 | 16,000 | $38.82 |
| ADR Preferred Shares | US71654V1017 | 4/16/2010 | 19,000 | $37.43 |
| ADR Preferred Shares | US71654V1017 | 4/19/2010 | 25,000 | $37.50 |
| ADR Preferred Shares | US71654V1017 | 5/26/2010 | 54,000 | $29.46 |
| ADR Preferred Shares | US71654V1017 | 6/17/2010 | 30,000 | $33.17 |
| ADR Preferred Shares | US71654V1017 | 6/22/2010 | 32,000 | $33.12 |
| ADR Preferred Shares | US71654V1017 | 6/24/2010 | 32,000 | $31.18 |
| ADR Preferred Shares | US71654V1017 | 6/29/2010 | 30,000 | $29.74 |
| ADR Preferred Shares | US71654V1017 | 9/24/2010 | 19,958 | $31.16 |
| ADR Preferred Shares | US71654V1017 | 9/24/2010 | 79,042 | $30.59 |
| ADR Preferred Shares | US71654V1017 | 9/28/2010 | 47,000 | $31.68 |
| ADR Preferred Shares | US71654V1017 | 10/12/2010 | 60,000 | $30.94 |
| ADR Preferred Shares | US71654V1017 | 11/26/2010 | 46,000 | $29.09 |
| ADR Preferred Shares | US71654V1017 | 5/20/2011 | 93,000 | $29.62 |
| ADR Preferred Shares | US71654V1017 | 6/17/2011 | 22,000 | $29.63 |
| ADR Preferred Shares | US71654V1017 | 6/17/2011 | 30,000 | $29.60 |
| ADR Preferred Shares | US71654V1017 | 7/11/2011 | 24,000 | $29.71 |
| ADR Preferred Shares | US71654V1017 | 8/5/2011 | 79,000 | $25.96 |
| ADR Preferred Shares | US71654V1017 | 9/26/2011 | 34,000 | $20.94 |
| ADR Preferred Shares | US71654V1017 | 9/30/2011 | 43,000 | $20.64 |
| ADR Preferred Shares | US71654V1017 | 10/18/2011 | 167,000 | $22.36 |
| ADR Preferred Shares | US71654V1017 | 3/26/2012 | 66,000 | $26.52 |
| ADR Preferred Shares | US71654V1017 | 4/10/2012 | 122,000 | $23.22 |
| ADR Preferred Shares | US71654V1017 | 5/8/2012 | 135,000 | $20.80 |
| ADR Preferred Shares | US71654V1017 | 6/14/2012 | 122,000 | $17.82 |
| ADR Preferred Shares | US71654V1017 | 7/5/2012 | 50,232 | $19.23 |
| ADR Preferred Shares | US71654V1017 | 7/6/2012 | 54,362 | $18.87 |
| ADR Preferred Shares | US71654V1017 | 7/9/2012 | 15,406 | $18.48 |
| ADR Preferred Shares | US71654V1017 | 7/12/2012 | 60,000 | $17.71 |
| ADR Preferred Shares | US71654V1017 | 10/31/2012 | 76,000 | $20.74 |
| ADR Preferred Shares | US71654V1017 | 11/1/2012 | 121,000 | $20.53 |
| ADR Preferred Shares | US71654V1017 | 11/9/2012 | 62,000 | $20.35 |
| ADR Preferred Shares | US71654V1017 | 11/16/2012 | 102,000 | $18.46 |
| ADR Preferred Shares | US71654V1017 | 11/28/2012 | 52,682 | $17.84 |
| ADR Preferred Shares | US71654V1017 | 11/29/2012 | 24,318 | $18.05 |
| ADR Preferred Shares | US71654V1017 | 11/30/2012 | 97,000 | $17.90 |
| ADR Preferred Shares | US71654V1017 | 12/3/2012 | 89,000 | $17.85 |
| ADR Preferred Shares | US71654V1017 | 1/4/2013 | 54,700 | $19.91 |
| ADR Preferred Shares | US71654V1017 | 1/4/2013 | 24,300 | $19.84 |

| ADR Preferred Shares | US71654V1017 | 1/9/2013  | 99,000 | $19.28 |
| ADR Preferred Shares | US71654V1017 | 1/22/2013 | 78,000 | $18.85 |