UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKAGEN AS, DANSKE INVEST MANAGEMENT A/S, DANSKE INVEST MANAGEMENT COMPANY, OPPENHEIMER DEVELOPING MARKETS FUND, OPPENHEIMER QUEST FOR VALUE FUNDS, ON BEHALF OF ITS SERIES OPPENHEIMER GLOBAL ALLOCATION FUND, OFIGTC EMERGING MARKETS EQUITY FUND, and OFI GLOBAL: EMERGING MARKETS EQUITY FUND, LP,<br><br>       Plaintiffs,<br><br>v.<br><br>PETROLEO BRASILEIRO S.A. – PETROBRAS, PETROBRAS GLOBAL FINANCE B.V., THEODORE MARSHALL HELMS, CITIGROUP GLOBAL MARKETS INC., JP MORGAN SECURITIES LLC, SCOTIA CAPITAL (USA) INC., HSBC SECURITIES (USA) INC., BB SECURITIES LTD., BANK OF CHINA (HONG KONG) LIMITED, BANCO BRADESCO BBI S.A., and BANCA IMI S.p.A.,<br><br>       Defendants. | Civil Case No.  15-cv-02214-JSR |

**NOTICE OF VOLUNTARY DISMISSAL
<u>AS TO PLAINTIFFS OPPENHEIMER FUNDS</u>**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Oppenheimer Developing Markets Fund, Oppenheimer Quest For Value Funds, on behalf of its Series Oppenheimer Global Allocation Fund, OFIGTC Emerging Markets Equity Fund, and OFI Global: Emerging Markets Equity Fund, LP (together, "Oppenheimer Funds") voluntarily dismiss their actions as against all defendants, without prejudice.

Dated: April 15, 2015

>Respectfully submitted,
>
>BERNSTEIN LITOWITZ
>    BERGER & GROSSMANN LLP
>
>/s/ Blair A. Nicholas
>Blair A. Nicholas
>
>Blair A. Nicholas
>Benjamin Galdston
>David R. Kaplan
>Lucas E. Gilmore
>12481 High Bluff Drive, Suite 300
>San Diego, CA 92130
>Telephone:   (858) 793-0070
>Facsimile:   (858) 793-0323
>-and-
>Gerald H. Silk
>1285 Avenue of the Americas
>New York, NY 10019
>Telephone: (212) 554-1400
>Facsimile: (212) 554-1444
>
>*Counsel for Plaintiffs Oppenheimer Funds and Additional Counsel for Plaintiffs SKAGEN, Danske Invest Management Company, and Danske Invest Management A/S*

1