UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION<br><br>This Document Applies to:<br><br>*Dimensional Emerging Markets Value Fund, et al. v. Petróleo Brasileiro S.A – Petrobras*, No. 15-cv-2165 (JSR)<br><br>*SKAGEN, et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-2214 (JSR)<br><br>*New York City Employees' Retirement System, et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-2192 (JSR)<br><br>*Transamerica Income Shares, Inc., et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3733 (JSR)<br><br>*Aberdeen Emerging Markets Fund, et al. v. Petróleo Brasileiro S.A. – Petrobras*, No. 15-cv-3860 (JSR)<br><br>*Ohio Public Employees Retirement System v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3887 (JSR)<br><br>*Central States Southeast and Southwest Areas Pension Fund v.Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3911 (JSR)<br><br>*Washington State Investment Board v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3923 (JSR)<br><br>*Aberdeen Latin American Income Fund Limited, et al. v. Petróleo Brasileiro S.A. – Petrobras*, No. 15-cv-4043 (JSR)<br><br>*NN Investment Partners B.V., et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-4226 (JSR)<br><br>*Aura Capital Ltd. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-4951 (JSR) | No 14-cv-9662 (JSR) |

**DECLARATION OF MATTHEW L. MUSTOKOFF IN SUPPORT OF THE
INDIVIDUAL PLAINTIFFS' JOINT OPPOSITION TO DEFENDANTS' MOTION TO
DISMISS THE INDIVIDUAL ACTION COMPLAINTS**

I, Matthew L. Mustokoff, hereby declare as follows:

1. I am a member of the Bar of the Commonwealth of Pennsylvania and a partner at the law firm of Kessler Topaz Meltzer & Check, LLP.

2. Attached hereto as Exhibit A is a true and correct copy of the assignment executed by Jacobo Batarse Talgie on April 24, 2015.

3. Attached hereto as Exhibit B is a true and correct copy of the assignment executed by Cristina Webb de Batarse on April 23, 2015.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the Form 424B2 that Petrobras filed with the SEC on May 15, 2013.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the Form 424B2 that Petrobras filed with the SEC on March 11, 2014.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED: September 18, 2015                    By: __/s/ Matthew L. Mustokoff__
                                                 Matthew L. Mustokoff